**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-6011

EDUARD LORENZ,

Plaintiff - Appellant,

versus

GENE M. JOHNSON, Deputy Director of
Operations, Virginia Department of
Corrections; DIRECTOR, General Services
Department, Office of Risk Management,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. James C. Cacheris, Senior
District Judge. (CA-03-626-AM)

Submitted: May 13, 2004                    Decided: May 18, 2004

Before WILKINSON, MOTZ, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Eduard Lorenz, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Eduard Lorenz appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Lorenz v. Johnson, No. CA-03-626-AM (E.D. Va, filed Nov. 21, 2003; entered Nov. 22, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED